IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CV 100 MR WCM

| | |
|---|---|
| HEATHER KEARNEY ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| ) | |
| WESTERN CAROLINA ) | |
| UNIVERSITY and UNIVERSITY ) | |
| OF NORTH CAROLINA ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 2) filed by Jon Wall. The Motion indicates that Mr. Wall, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that he seeks the admission of Danya Keller, who the Motion represents as being a member in good standing of the Bar of the State of Iowa. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 2) and **ADMITS** Dayna Keller to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: April 28, 2020

W. Carleton Metcalf
United States Magistrate Judge